AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee
Eastern District

|  |  |
|---|---|
| Kennedy Lee <br> *Plaintiff(s)* <br> v. <br> Weakley County Board of Education D/B/A Weakley County Schools <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Weakley County Schools
C/O Jeff Cupples, Director of Schools
8319 Highway 22, Suite A
Dresden, TN 38225

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin S. Gilbert
100 W. Martin Luther King Suite 501
Chattanooga, TN 37402
423-756-8203
justin@schoolandworklaw.com

Jessica Salonus
139 Stonebridge Boulevard
Jackson, TN 38305
731-300-0970
jsalonus@salonusfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*