IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| | |
|---|---|
| KENNEDY SHEA LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:24-CV-01147 |
| | )         JURY DEMANDED |
| WEAKLEY COUNTY BOARD OF EDUCATION | ) |
| D/B/A WEAKLEY COUNTY SCHOOLS | ) |
| | ) |
| Defendant, | ) |

_____

NOTICE OF APPEARANCE OF JUSTIN S. GILBERT
_____

COMES THE PLAINTIFF, Kennedy Shea Lee, and submits this Notice of Appearance of Justin S. Gilbert of Gilbert Law, PLLC, joining the above-captioned action as co-counsel to Jessica F. Salonus on behalf of the Plaintiff.

Respectfully submitted,

GILBERT LAW, PLLC

s/*Justin S. Gilbert*
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423-756-8203
justin@schoolandworklaw.com

                            **THE SALONUS FIRM, PLC**
                            */s Jessica F. Salonus*
                            JESSICA F. SALONUS (TN Bar No. 28158)
                            139 Stonebridge Boulevard
                            Jackson, TN 38305
                            Telephone: 731-300-0970
                            jsalonus@salonusfirm.com

                            ***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on July 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                              */s Justin S. Gilbert*
                                              JUSTIN S. GILBERT